AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
October 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Fidel Morales___
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | |
| Maria Mercedes PADILLA-Valadez | ) | EP:25-M-05861-MAT |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 20, 2025__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | when applying for admission into the United States, did knowingly personate another and attempt to evade immigration laws by appearing under an assumed or fictitious name. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

Complaint sworn to telephonically on __October 21, 2025__ at __02:00 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

_____
*Complainant's signature*
Erika K. Robles
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: October 21, 2025

City and state: El Paso, Texas

_____
*Judge's signature*
Miguel A. Torres
UNITED STATES DISTRICT JUDGE

## FACTS

On or about October 20, 2025, the DEFENDANT, Maria Mercedes PADILLA-Valadez, a native and citizen of Mexico, applied for admission into the United States from Mexico via pedestrian primary at the Paso Del Norte Port of Entry in El Paso, Texas located in the Western District of Texas.

The DEFENDANT presented a State of Texas Driver's License bearing the name, date of birth and photograph of another, whose initials are A.L.M. and represented herself to be that person to primary Customs and Border Protection Officer (CBPO). During the primary interview, the DEFENDANT stated that she was going home to El Paso after visiting a sick relative in Ciudad Juarez. CBPO asked the DEFENDANT what her citizenship was and where she was born and the DEFENDANT replied, she was an American citizen and that she was born in El Paso. CBPO asked the DEFENDANT if the Texas Driver's License that she presented for admission belonged to her and the DEFENDANT stated "yes". CBPO asked the DEFENDANT on what side of town she lived in El Paso, and the DEFENDANT started to show signs of nervousness and could not answer where she lived. CBPO referred the DEFENDANT into Passport Control Secondary (PCS) for further inspection.

In PCS, the DEFENDANT was served Form I-214 Warning as to Rights (Spanish Version) which was read to her, stated she understood, signed and waived her right to legal representation. CBPO asked the DEFENDANT for her true name and where she was born and the DEFENDANT gave her true name and stated that she was born in Baja California, Mexico.

During a sworn statement the DEFENDANT stated she does not have any legal documents to enter the United States and that she was born in Baja California, Mexico. The DEFENDANT stated that she paid $4000 dollars for the Driver's License that she presented to gain admission into the United States to an unknown smuggler that gave her the document. The DEFENDANT stated that her intention was to go to Maryland to reunite with her family. The DEFENDANT stated that she has been living illegally in the United States and was deported last month.

The DEFENDANT's database queries revealed she was previously removed from the United States on or about September 27, 2025, from Brownsville, Texas to Mexico.

Database records checks indicate the DEFENDANT does not have any legal documents with which to enter the United States but does have legal documents to reside and seek employment in the United States.

Database records indicate the DEFENDANT has not applied for, nor received permission from the U.S. Attorney General or the Secretary of Homeland Security to reapply for admission into the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

## CRIMINAL AND IMMIGRATION RECORD

CRIMINAL RECORD

August 10, 2010, Arrest for assault 2nd degree and child abuse 2nd degree.
October 4, 2013, Possession -Marijuana, Illegal Possession Firearm, Firearm access to minors.

IMMIGRATION RECORD

On or about September 27, 2025, removed from Brownsville, Texas to Mexico.